UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| MARIO COMACHO ) | |
| ) | |
| vs. ) | Case No. 5:11-cv-08035-IPJ-HGD |
| ) | |
| UNITED STATES OF AMERICA ) | |

## MEMORANDUM OPINION

On January 16, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by petitioner or the government.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 25th day of March 2013.

_____
INGE PRYTZ JOHNSON
SENIOR U.S. DISTRICT JUDGE